**COMPLAINT/REMOVAL DISMISSAL**
**United States District Court**
**Southern District of New York**

Mag. Judge Dkt. No. 19-MJ-118          Date _____

USAO No. 2018R00803

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

United States v. Joanna Martinez

The Complaint/~~Rule 40 Affidavit~~ was filed on January 4, 2019

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY
Justin Rodriguez
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Jan 29, 2020
DATE

Distribution:   White → Court       Yellow → U.S. Marshals       Green → Pretrial Services       Pink → AUSA Copy